IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID HAMILTON, | § | |
| | § | No. 179, 2018 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID K0606004087 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 23, 2018
Decided: July 25, 2018

## **O R D E R**

It appears to the Court that, on June 11, 2018, the Clerk issued a notice to the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. The appellant responded by requesting an extension of time. The Clerk informed the appellant that his opening brief must be filed by July 19, 2018 and that the notice to show cause would be held in abeyance pending receipt of his brief. The appellant failed to file his opening brief by the extended due date; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/Leo E. Strine, Jr.*
Chief Justice